**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**FUTUREFUEL CHEMICAL COMPANY**                                    **PLAINTIFF**

**V.**                              **1:08-CV-00071--WRW**

**VINMAR OVERSEAS LTD**                                    **DEFENDANT**

## ORDER

Plaintiff's unopposed motion for voluntary dismissal (Doc. No. 15) is GRANTED.

Accordingly, this case is DISMISSED.  All other pending motions are DENIED as MOOT.

IT IS SO ORDERED this 6th day of February, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE